Clerk's Office
Eastern District of VA.
600 branby Street
Norfolk, VA. 23510

Kristina M. Lawson
200 Kilby Shores Dr.
Apt A-2
Suffolk, VA. 23434
757-338-0333

## Order to show Cause

## Amended Complaint

Kristina M. Lawson
v.

American Home Products (AHP) / Wyeth-Ayerst Labratories

Case #: 2:19-cv-00685-RAJ-LRL

Dear Sir or Mam, I do not own a computer. I have now way to get to a library to do any type of legal research. I do not own a phone that is capable of connecting to the internet. I have no way to type this information for you.

(i)

Identify Disability:

❖ Anxiety + Depression to the point of such severity that my own attorney had to drop me out of concern for my well being. This is the main disability

ADD - the ADD got so bad when I was taking the anti-depressants, before I knew I had ADD, that I could barely focus enough to make phone calls, open mail, & communicate well. The ADD could have been under control with support, & proper education + short term medication. But, the depression before being diagnosed was debilitating. And When my doctor told me to start re taking Effexor again, the depression got worse. Losing my position re-ignited the depression, which I've dealt w/ for years. However, I am now stable now & can adequately pursue a federal case.

If you need more info. I can provide the info.

However, I, my depression was so severe that I began receiving government disability after losing my position with Wyeth.

The depression & anxiety while working w/ Wyeth was debilitating & after termination it got much, much more severe. However, I would have been able to do my job well after stopping the Effexor XR (getting meds right). I just needed a reasonable accommodation.

## Show how I adequately exhausted administrative remedies

- When Heller met w/ plaintiff @ Duncan Donuts, he asked if she was okay, saying he had noticed changes. She clearly told him she had been diagnosed with something but, was receiving treatment. No discussion on what was the health issue at hand.

- He offered support in the form of temporary disability, she declined, telling him she would be fine.

- When she found out she had been first mis diagnosed + then diagnosed properly by a specialist, she met w/ Heller, at his request, a few days later. She volunteered info about her new diagnosis, even telling him what it was + explaining she had just begun a new medication. He asked her to resign + began publicly embarrassing her. She opened up lines of communication + was honest w/ him about her diagnosis.

- She immediately spoke to her doc + he laid out what he, from experience, stated was a reasonable accommodation. Lawson informed Heller of her request + she never heard from him again until he left her a voice mail, terminating her

- Lawson worked out of her home, in VA, the nearest office was located in Pennsylvania. She texted HR offering to talk w/ them anytime. She called HR + they were very rude. All of this is detrimental to someone already dealing with depression + ADD + anxiety so severe it is difficult to even make a phone call to discuss personal issues

- Lawson repeatedly called Heller + emailed Heller, trying to open the lines of communication. He ignored her. He was her direct supervisor + he ignored her. She called him repeatedly b/c he was her direct supervisor. Also, she knew him, unlike the people in HR. So, she reached out to him repeatedly. She followed chain of command.

- After termination Lawson filed a complaint w/ EEOC.
  EEOC offered her the choice of mediation or filing
  a federal law suit. She chose mediation. Wyeth declined.
  Lawson hired an attorney but ultimately had to focus
  on her own health, along with losing her home & car.
  Even her cell phone was off many times, making it
  difficult to discuss business w/ any stability & continuity.

- Lawson stayed in touch w/ EEOC off + on for many
  years

- Lawson began contacting Wyeth & now Pfizer, trying
  to resolve these matters without suing.

Claims intended to assert against defendant / FACTS

① - Failure to provide a reasonable accommodation as required plaintiff
under Am. w/ Disabilities Act, as requested that by myself.
of 1990, as amended!

② - creating a hostile toxic work environment by ostracizing, ignoring,
bullying, yelling, public harrasment, private harrassment,

③ - Stealing my mail off of my front porch, mail sent to me by Wyeth,
Wyeth,

④ - coming to my private home uninvited, unannounced, very     large
early in the morning, ABUSE OF POWER                          boxes-
                                                              I saw
                                                              this
⑤ - trying to break into my company car, ABUSE of Power, scare tactics   with
overstepping boundaries                                                  my
                                                                         own
                                                                         eyes
⑥ Unequal treatment as compared to someone else who                     + it
requested time to recover, unequal treatment was plaintiff               stared
believes was due to ⟨⟨⟨⟨⟨⟨⟨⟨ + supervisors                               me
prejudice against psychiatric illnesses.

⑦ᵃ - failure to provide promised bonus
⑦ᵇ - failure to provide plaintiff with an opportunity to obtain
at time of termination  Other transportation after Supervisor encouraged her to
Sell her own private transportation, telling her that she would always have a company car.

⑧ - ABUSE OF POWER -
creating a toxic work environment by coming to my home too.
Unannounced, ⟨⟨⟨⟨⟨⟨ since I worked out of my home, I felt
very unsafe even being home, which effected my entire life,
work life, private life + medical life, preventing me from being
able to focus on getting well + understanding ADD.

⑨ - Turnin Wyeth turned even my own psychiatrist against me, (also a Wyeth employee)
preventing me from receiving proper treatment + causing fear + distrust
of all doctors for many years,

⑥ - explained more - Mr Heller had been so willing to support me, at Dunces Donuts even ~~Angry~~ offering me ~~short~~ his support if I decided to take short term disability. He already had another employer out on short term disability, he explained. It said he would be supportive. Once he found out my problem was psychiatric, immediately he asked me to resign. Not only did he ignore my request for a reasonable accomodation, he turned my doctor against me, ignored me entirely, bullied me publicly + at my own home, + fired me.

Like, one minute later ↲

⑧ explained more - Heller made rude comments in IHOP, yelling, telling ~~before~~ he made a mistake in hiring ~~her~~ me, saying there were so many people so much better than ~~for~~ me that he would love to hire, if he only had an opening, telling her "stop playing like your so innocent." People were staring at Lorson, even asking ~~home~~ if ~~she~~ was playing when ~~she~~ left the restaurant.

⑩ I was not given a reason why I was excluded, discharged and subjected to different terms + conditions than the other employee who went out on short term disability.

⑪ I believe I was discharged, excluded, + subjected to different terms + conditions, in violation with the ~~Am + Disabilitie~~ Act of 1990, as amended.     Americans W/ Disabilities

⑫ I believe the Wyeth ~~reps~~ in the waiting room at the psychiatrist's office told her supervisor she had seen me, who then told my boss. I believe that is why he asked me to meet him at IHOP, because he ~~wanted~~ ~~that know~~ didn't like that I was seen in a psychiatrist's office. The psychiatrist even knew about this (see narrative

Narrative, explaining in more detail.
More facts to support claims

My supervisor, Robert Heller, + I met for
coffee at Duncan Donuts in Churchland.
He + I had a conversation where he asked
if I was okay. He said he had noticed
some changes in me. He did not say what
he had noticed with specificity. I told him I
had been diagnosed w/ something but, that I was
going to be okay b/c I had begun medication to help.
I did not tell him what either the diagnosis
or medication was. (I had been diagnosed
w/ depression + had begun taking the anti-depressant,
Effexor XR, made by Wyeth.)
He went on to explain to me that he, "Needed me
for the long haul." He said he wanted me to
be well b/c I had a long career w/ Wyeth
ahead of me. He offered for me to go out
on temporary disability to get well + return to work.
He explained to me that he had another employee,
I don't recall her name, I only remember
that she was a sales rep but, also a nurse,
who was currently on temporary disability. I
thought disability was a very negative thing +
that it would negatively effect me forever, to be
on any type of disability. I told him no thank you
for that reason but, also, because I truly thought
I would be fine. I was unaware that Effexor XR
would actually make me much, much worse. I became
depressed to the point that I could barely get out of bed
not able to get out of bed like I was living in a fog + not
even able to communicate effectively. I was unable to
focus, read mail, email, + unable to perform certain
administrative/office duties, even though I worked out of my

*When untreated, all of issues that are common with depression not get dressed barely able to bed*

*tardiness was an issue*

own home. Paperwork was very dificult for me. I was too struggling to keep up but, it was trying. I was however — _see next page_ —

All of this would have been better w/ proper treatment. I would have been able to effectively perform my duties if I had been granted the reasonable accomodation I had requested.

②

able to still sell the product. When I was able
to get out of my house without crying, it could
when I could get myself together enough
to go in and see a doctor, I did well.
The depression had become so severe that I did not
want to speak to anyone. I tried but, I found
it difficult to function. So I saw a psychiatrist.
I had never seen a psychiatrist previously. I was wary
of picking at a random psych. I remembered
a doctor at one of Wyeth's meetings I once
attended. I had only seen his name + not him,
so I called + made an appointment w/ him.
He immediately diagnosed me w/ ADD. B/c he knew
so much about Effexor XR, as he was a paid speaker
for Wyeth, promoting the drug, he instantly informed
me that I needed to stop taking Eff XR. He
said he would start me on an ADD medication +
titrate me off of the Eff XR w/in 2 weeks. It
was w/in that 2 week time period that Mr Heller
+ I met at IHOP for lunch, where I explained
to him that I had been diagnosed w/ ADD + he then
asked me to resign. He did not however, ask in
a reasonable manner. He began belittling me,
yelling at me, embarrassing me in front of
the other patrons, who began staring at me.
He pulled out a sheet of paper + ordered me
to write a letter of resignation immediately.
I did not write that letter. His entire
attitude had changed towards me, since our
previous conversation, months earlier, at Dunkin
Donuts. He said I had already told him that
I had been diagnosed with something, saying
I had lost my opportunity to go out on

either temp. disability. ~~the process one excludader.~~
I expressed that I had ~~ben~~ been misdiagnosed.
~~The psychiatrist, offered to talk to the comp~~
When I left UTOP & returned home that evening,
I then contacted my doc who, as, I said, offered
to talk to the company & ~~to tated out~~ a
reasonable accomodation. I declined having him
talk to the company b/c I wanted to
improve my communication skills, as that is
something that ~~I~~ I had learned is often
subpar in someone w/ ADD. Ut certainly had been
so in my case. I wanted to take this
~~so~~ ~~so~~ opportunity to learn & improve, with
someone, my supervisor, who I had hoped would
be supportive. I should have received the
doctor's help. I contacted my supervisor &
informed him of the reasonable accomodation
I was requesting. As I recall, ~~it~~ it was a
~~reasonable~~ period of ~~evolution~~ time where I
would request weekly meetings with my supervisor
to discuss improvement or areas where I needed
to improve. After 3 or 4 weeks, I would request
bi-weekly meetings. After 3 or 4 weeks, monthly
meetings. After ~~between~~ a few months, ~~and~~ these
meetings would no longer be necessary. This
would allow me time to continue working,
while in my personal time learning about
ADD & how it had effected me & how I
could improve myself. I never again heard
from Mr. Heller or any of my supervisors
above him, until I received a voice mail,
3 months later, informing me that I had been
terminated. I received the voice mail on a Sunday

morning, April 01, 2001. I had repeatedly contacted Mr Heller by phone, by email and by U.S Mail. I never received any reply from him. I stopped receiving any information involving team meetings. I was still dealing w/ extreme depression & the isolation made it much worse. Upon termination I did receive a phone call to from someone saying that Mr. Heller needed to come get my company car. (The only time I had seen or heard from him was when he showed up to my home around 5:30 am one morning w/ another sales rep named Matt. One stood at my back door & one @ my front door & just banged & banged on my doors, simultaneously. They tried to break into my company car. I was alone. I lived alone. I was in my pajamas. I was humiliated & scared.) —I did not answer the door. I expressed # to the person who called about the car that I felt uncomfortable w/ Mr Heller coming to my home to pick up my car. I asked if I could meet him somewhere public & I asked if they could provide a way home for me, as Mr. Heller himself had advised me previously to sell my own personal car. He said I was going to have a long career w/ Wyeth & would not be needing my own car. Therefore, I sold my own car & had no way home. My depression +ADD had caused me to have estranged & broken relationships w/ my family & w/ my friends. However, the lady said they could not do that & that Mr Heller had to come to my home. He did, w/ one other man, & they picked up the company vehicle.

*lady who called me from Wyeth*

Also, when I first met w/ the psychiatrist, he was

so nice to me. While I was in his waiting room on the 1st visit, another sales rep from Wyeth was waiting to see the doctor, not as a patient but, as a sales rep for Wyeth. Previously, I had never seen her. She had on a Wyeth name tag, as did I, so I went over + introduced myself. I did not know I was supposed to be ashamed I was seeing a psychiatrist. She explained that she was a new employee + I welcomed her
→ to the company. I went in to see the doctor + never again saw her. Once I was in the office I explained to the doctor what had occurred. He said to me, that this was not something I wanted my company
→ to know about, that I was seeing a psychiatrist. He said that next time, he would show me where the VIP entrance was located + I ~~we~~ should use that entrance.

It is my belief, that this other employee, informed her boss that she had seen
→ me + told him where she had seen me, + that her boss had contacted my boss + had informed him (Mr. Heller). Then, Mr. Heller requested an emergency meeting w/me at the IHOP. ~~I believe that~~ ~~he was~~
I told Mr. Heller about the incident while we were @ IHOP. He got very upset w/me. That is when he began yelling. I then informed him that I had previously been mis-diagnosed + had now been properly diagnosed. At that time I informed him that my doctor

*I told him before — he even mentioned it to me.*

had told me that il would be a great
sales rep but il needed to get off the Effexor XR
& get used to the ADD medication. Then
Mr. Heller got very loud & ugly & began
bullying me.

During the time period where Mr Heller &
others ignored me, il did not know
if il should go to see the doctors il
was suppose & call on or not. Would
il see another rep who would embarass
me in front of the doctors & nurses il
was selling products to & w/ whom I had worked &
built relationships?

Would they yell at me the way Heller had?

I had night mares about Mr Heller shooting
me, driving by my house & shooting. il had
no familial support, il was too embarassed
to tell anyone what was happening. il did
not know if el should continue seeing
my psychiatrist, as he was friendly (& an employee)
of Wyeth's. il saw him a few times but,
eventually began to distrust & fear my
own doctor. So, going on & off
medication made things much worse for me.
Upon termination my benefits (medical) changed.
Most every doctor il tried to see also had
some affiliation w/ Wyeth. Therefore, il trusted
no doctor. My depression worsened &
eventually il was hospitalized to prevent
me causing harm to myself. It was
embarassing & humiliating & the experienced
forum changed my life & impacted my
relationships & self esteem to such a degree

that to this day I have family members + friendships that it have yet to be mended.

After termination, I did however file a claim w/ the EEOC. Over ~~please the blue up~~ I wanted to do mediation w/ Wyeth. They declined. Therefore, I hired an attorney. The attorney + I spoke often, as he was 4 or 5 hrs. outside of Tidewater. Ultimately, he had to drop me as a client on the basis that my health was more important than the case. I had been on + off of meds, not had a stable doctor for any continuous amount of time, I was ~~it~~ struggling but, justice was ~~paramount~~ so important to me. Prior to the time limit ~~to~~ to file a Federal case initially ran out, the EEOC called me. A lady encouraged me to pursue my case. I had lost my home and I found it difficult to focus on a legal case when I needed other things to survive. Every where I turned the domino effect of having lost my position w/ Wyeth was manifesting.

a year or two later → Some time later, after that lady from the EEOC called me, I ~~it~~ no longer had a home phone or a cell phone but I went to a pay phone + called the EEOC. I spoke to Mr. Brown, who was then the head of the EEOC. He said he would review my case + I was to call him back in a few days. I did call him + he expressed to me that my case should have never been closed. I have never stopped contacting Wyeth, now Pfizer. I have

spoken with a Danielle Rosen several times, asking her to meet w/me and asking for my bonus. She has sent letters + left voice mails says this is not possible. Alan

Also, when I met Mr. Heller at the UHOP, I thought he was requesting a meeting to congratulate me on some of my work accomplishments. Although my communication skills had suffered, along w/ administrative responsibilities, my sales were very good. ADD causes a person to not be able to communicate, at times, & often the person suffers from a lack of attention to detail, such as administrative duties & procedures. I had met with the lead pharmacist for DePaul Hospital, Maryview Hospital + Mary Immaculate hospital. Wyeth had a new product called Protonix IV + Protonix oral. I was blessed to sign all three hospitals up to use these products. It was a really big deal. This is why my last bonus should have been very, very large. ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

It should be noted that my psychiatrist turned on me, in favor of his employer, Wyeth. He told me that I should begin taking Effexor XR again. He knew the side effects were very, very bad for someone w/ ADD but, I was vulnerable & I listened to him. I began taking the anti-

depressant mixed with the ADD medication he
recommended & prescribed. This ~~forma~~ combination
caused me much harm & prevented me from
~~pursi~~ pursuing this case sooner bc it caused
my depression & symptoms to get much worse.

<u>What I /Kristina M. Larson /plaintiff, want from this suit:</u>
The last year I worked for Wyeth I made between
$45K & $70K, I would like that amount x 20yrs,
which is ≈ $1.4 million. I desire $600,000.00 in
punitive damages. I am requesting $2,000,000.00;
$2 million.

Relative ExhiBits! included